**Motion GRANTED and Order filed October 15, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00690-CV

_____

## IN RE JETALL COMPANIES, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-77552**

---

## ORDER

On October 8, 2020, relator Jetall Companies, Inc. filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Mike Engelhart, Judge of the 151st District Court, in Harris County, Texas, to set aside his August 31, 2020 order striking relator's jury demand, entered in trial court number 2018-77552, styled *Jetall Companies, Inc. v. Gene Van Dyke and Astrid Van Dyke*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On October 14, 2020, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2018-77552, *Jetall Companies, Inc. v. Gene Van Dyke and Astrid Van Dyke,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel Consists of Justices Christopher, Hassan, and Poissant.